# Court of Appeals
# of the State of Georgia

ATLANTA, _ September 25, 2024 _____

*The Court of Appeals hereby passes the following order:*

## A25A0043. NARENDRA SINGH v. VRUSHALI SINGH.

Upon consideration of the APPELLEE'S MOTION TO DISMISS the above styled case, it is ordered that the motion is hereby GRANTED in light of the trial court's order dismissing the appeal due to the appellant's failure to timely file the transcripts. OCGA § 5-6-48 (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, _ 09/25/2024 _____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*